

**The relief described hereinbelow is SO ORDERED.**

**Signed September 19, 2017.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTHONY BYRON CRUMBEY, | § | CASE NO. 17-60505-RBK |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER CONVERTING CASE**

On September 19, 2017, came on to be heard the Debtor's *Motion to Convert* (ECF No. 17), and it appears to the Court that the Motion should be granted and this case converted from Chapter 7 to Chapter 13.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced case is hereby **CONVERTED** from Chapter 7 to Chapter 13.

# # #